| | |
|---|---|
| 1 | ELENA R. BACA (SB# 160564) |
|   | elenabaca@paulhastings.com |
| 2 | HOLLY R. LAKE (SB# 204304) |
|   | hollylake@paulhastings.com |
| 3 | RYAN J. CRAIN (SB# 266172) |
|   | ryancrain@paulhastings.com |
| 4 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|   | 515 South Flower Street |
| 5 | Twenty-Fifth Floor |
|   | Los Angeles, CA  90071-2228 |
| 6 | Telephone:  (213) 683-6000 |
|   | Facsimile:  (213) 627-0705 |
| 7 | |
| 8 | Attorneys for Defendant |
|   | UNITED PARCEL SERVICE, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NANCY SWEET, | CASE NO. CV 09-2653-DDP (RZx) |
| Plaintiff, | **DECLARATION OF BRUCE A. STROMBON IN SUPPORT OF DEFENDANT UNITED PARCEL SERVICE, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| UNITED PARCEL SERVICE, INC., and DOES 1 through 25, inclusive, | |
| Defendants. | |
| | Date:   August 2, 2010 |
| | Time:   10:00 a.m. |
| | Place:  Courtroom 3 |
| | Judge:  Hon. Dean D. Pregerson |
| | Complaint Filed:  October 14, 2008 |
| | Trial:  None set |

LEGAL_US_W # 65106656.1

DECL. OF BRUCE A. STROMBOM ISO
DEF.'S MOT. FOR SUMMARY JUDGMENT

I, BRUCE A. STROMBOM, declare as follows:

1. I am a Managing Principal of Analysis Group, Inc., a national economic, financial and strategy consulting firm with ten offices throughout North America. For the past 17 years I have served as a consulting and testifying expert in public policy matters and commercial litigation.

2. I hold a Ph.D. in economics from the University of California, Irvine and specialize in applied microeconomics, industrial organization, and finance.

3. Through both my academic research and my professional career I have worked extensively with electronic data processing systems and large, complex datasets. During my graduate work at UC Irvine, I worked with sets of employment, health insurance, health care utilization and health registry data for tens of thousands of UC employees. Both in management positions in industry and as a consultant with Price Waterhouse I have been responsible for the design and implementation of data processing systems in a range of applications including financial reporting, payroll, accounts payable, inventory control, financial analysis, newspaper production and vital records imaging, to name a few.

4. Prior to joining Analysis Group, I was Regional General Manager for Prodata, Inc., a company that provided computer staffing and system integration services to businesses and government. In that position I managed projects and teams of systems analysts and programming professionals involved in requirements definition, systems design and implementation projects. At Analysis Group, I have worked on dozens of projects involving large datasets from government entities and businesses across a range of industries and have testified in matters

-1-
DECLARATION OF BRUCE A. STROMBOM

where data analysis played a major role.

5. I have also worked and testified in matters involving wage and hour issues. A copy of my curriculum vitae is attached as **Exhibit A**. It includes a list of matters in which I have testified at deposition or trial in the past four years and a list of my publications for the past ten years.

6. Analysis Group is compensated at the rate of $570 per hour for my work on this matter.

7. I have been retained by United Parcel Service, Inc.'s ("UPS") legal counsel, Paul Hastings, Janofsky & Walker LLP to examine and evaluate the data produced in this case and to make observations about that data based on my professional expertise.

8. I received from counsel two sets of electronic files. The first set included five files (UPS_Sweet – N Sweet GTS 2009 to present.xls(65117614_1).xls; N Sweet CRS.xls; N Sweet GTS.xls; Deposition of Nancy Sweet, dated March 24, 2009; and the Declaration of Julie Senaga, dated July 1, 2010) with information on Nancy Sweet's driving activity and employment history. The second set included four files (03_Pacific Region Pkg Cars_CA Final.xls, CA_Package_Vans_2005-2007.xls, UPS_Vehicles_Over_10000 _Pounds_v1.XLS, and UPS_Vehicles_Under_10000_Pounds_v1.XLS) with information on UPS's Vehicle Inventory.

9. I have matched Ms. Sweet's driving activity, by vehicle number, to the weight of the vehicles she was driving, obtained from the vehicle inventory data. I then

computed how many weeks and months Ms. Sweet drove a vehicle weighing 10,001 pounds or more, and made at least one package delivery or pick-up with that vehicle.

10. **Exhibit B** summarizes the results of my analysis of the time periods while Ms. Sweet was an On-Road Supervisor. Ms. Sweet worked as an On-Road Supervisor from January 16, 2004 to March 15, 2006; June 16, 2006 to February 28, 2007; and June 29, 2009 to date.[1,2] I conclude that Ms. Sweet drove a vehicle weighing 10,001 pounds or more and made at least one package delivery or pick-up with that vehicle on 31 percent of the work weeks during the period in which she worked as an On-Road Supervisor, and 63 percent of the months during the period in which she worked as an On-Road Supervisor

11. In addition to **Exhibit B**, I provide a backup exhibit. **Exhibit C** shows all the delivery and pick-up records for Ms. Sweet as an On-Road Supervisor, along with a count of the number of weeks and number of months that she drove a vehicle weighing 10,001 pounds or more, and made at least one package delivery or pick-up with that vehicle.

12. **Exhibit D** summarizes the results of my analysis of the time periods while Ms. Sweet was a Pre-Load Supervisor. Ms. Sweet worked as a Pre-Load Supervisor from May 6, 1999 to January 15, 2004; March 16, 2006 to June 15, 2006; and June

---

[1] The employment dates for Ms. Sweet are based on her deposition and the Declaration of Julie Senaga, dated July 1, 2010. When a precise date was not given in the deposition, I assumed that the employment period began or ended mid-month. Ms. Sweet testified in her deposition that she was an On-Road Supervisor from June 2006 until November 2007 and that during half of this period that she was on a special assignment and not responsible for drivers. Based on her driving activity, I understand that the period she was on special assignment was approximately between March 2007 and November 2007. From November 2007 until the beginning of June 2008, Ms. Sweet was a Preload and Dispatch Supervisor. The data does not indicate any instances of driving in this position.

[2] My analysis was conducted using data through June 30, 2010.

-3-
DECLARATION OF BRUCE A. STROMBOM

1, 2008 to June 28, 2009. I conclude that Ms. Sweet drove a vehicle weighing 10,001 pounds or more and made at least one package delivery or pick-up with that vehicle on 4 percent of the work weeks during the period in which she worked as a Pre-Load Supervisor, and 14 percent of the months during the period in which she worked as a Pre-Load Supervisor.

13. In addition to **Exhibit D**, I provide a backup exhibit. **Exhibit E** shows all the delivery and pick-up records for Ms. Sweet as a Pre-Load Supervisor, along with a count of the number of weeks and number of months that she drove a vehicle weighing 10,001 pounds or more, and made at least one package delivery or pick-up with that vehicle.

I, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of July, 2010 at Los Angeles, California.

BRUCE A. STROMBOM