John A. Furutani [SBN 161757] E-mail: JAFurutani@furutani-peters.com
FURUTANI & PETERS, LLP
350 W. Colorado Blvd., Suite 200
Pasadena, CA 91105
Telephone: (626) 844-2437
Facsimile: (626) 844-2442

Mark C. Peters [SBN 160611] E-mail: mark@dplolaw.com
DUCKWORTH · PETERS · LEBOWITZ LLP
100 Bush Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556

Attorneys for Plaintiff

M. KIRBY C. WILCOX (SB# 078576) kirbywilcox@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ELENA R. BACA (SB# 160564) elenabaca@paulhastings.com
SANDRA N. BENJAMIN (SB# 260633) sandrabenjamin@paulhastings.com
515 South Flower Street, 25th Floor
Los Angeles, California 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY SWEET,<br><br>    Plaintiff,<br><br>   vs.<br><br>UNITED PARCEL SERVICE, INC., and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. CV09-02653 DDP (RZx)<br><br>STIPULATION FOR DISMISSAL WITHOUT PREJUDICE |

- 1 -
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

On or about October 14, 2008, Plaintiff Nancy Sweet filed a Complaint in the Superior Court of the State of California for the County of Los Angeles entitled: "Nancy Sweet v. United Parcel Service, Inc. and Does 1 through 25, inclusive," designated as Case No. BC 399800 (the "Action").

On or about April 16, 2009, Defendant United Parcel Service, Inc. removed the Action to this Court and is currently assigned Case No. CV 09-02653 DDP (RZx).

Pursuant to Fed. R. Civ. P. Rule 41(a)(1), IT IS HEREBY STIPULATED AND AGREED among the parties, by and through their undersigned counsel, that all claims and counterclaims asserted in this Action shall be, and are, voluntarily DISMISSED WITHOUT PREJUDICE, and that neither party will seek attorneys' fees or costs from the other.

DATED: May 31, 2011   FURUTANI & PETERS, LLP

By:   s/John A. Furutani
JOHN A. FURUTANI

Attorneys for Plaintiff
NANCY SWEET

DATED: May 31, 2011   PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:   s/ Elena Baca
ELENA BACA

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.